```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 00157
   WILLETTE M WHITE
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3260

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/04/2008 and was confirmed 06/02/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
WORLD FINANCIAL NETWORK  UNSEC W/INTER      120.05            .00           .00
PORTFOLIO RECOVERY       UNSEC W/INTER      451.10            .00           .00
DEUTSCHE BANK NATIONAL T NOTICE ONLY     NOT FILED            .00           .00
CAPITAL ONE              UNSEC W/INTER      895.39            .00           .00
CAPITAL ONE              UNSEC W/INTER     1599.94            .00           .00
CHASE HOME FINANCE LLC   CURRENT MORTG         .00            .00           .00
CHASE HOME FINANCE LLC   SECURED NOT I         .00            .00           .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER     1556.56            .00           .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER      849.24            .00           .00
MIDLAND CREDIT MANAGEMEN UNSEC W/INTER      488.65            .00           .00
OCWEN FEDERAL BANK       CURRENT MORTG         .00            .00           .00
ROUNDUP FUNDING LLC      UNSEC W/INTER     1250.40            .00           .00
CITIFINANCIAL SERVICES   UNSEC W/INTER      869.02            .00           .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER     2330.62            .00           .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER      731.33            .00           .00
FIRST CONSUMERS          UNSEC W/INTER      105.91            .00           .00
BENNIE W FERNANDEZ       DEBTOR ATTY      2,873.00                        840.41
TOM VAUGHN               TRUSTEE                                           73.08
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              913.49

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                              840.41
TRUSTEE COMPENSATION                         73.08
DEBTOR REFUND                                  .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 00157 WILLETTE M WHITE
```

```
                                 ---------------     ---------------
TOTALS                                   913.49              913.49
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/26/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE